IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADEL ASSAAD,

    Plaintiff,

v.

AMERICAN NATIONAL INSURANCE COMPANY and HOYT STRICKLAND,

    Defendants.

                                            /

No. C 10-03712 WHA

**SCHEDULING ORDER**

Based on the parties' stipulation, the hearing on defendants' motion to compel arbitration and to stay action will be continued from December 9, 2010, to December 23, 2010, at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: November 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE