IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADEL ASSAAD, an individual,

    Plaintiff,

  v.

AMERICAN NATIONAL INSURANCE COMPANY, a corporation, HOYT STRICKLAND, an individual, and DOES 1 through 10, inclusive,,

    Defendants.

No. C 10-03712 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The case management conference is **CONTINUED** to December 23, 2010, at 8:00 a.m., immediately following the hearing on defendant's petition to compel arbitration. All initial disclosure deadlines are **EXTENDED** accordingly.

    **IT IS SO ORDERED.**

Dated: November 30, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE